District Judge James L. Robart
Magistrate Judge Mary Alice Theiler

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLEG MEDINSKIY,<br><br>    Petitioner,<br><br>    v.<br><br>ALBERTO R. GONZALES, Attorney General of the United States, et al.,<br><br>    Respondents. | No. C06-1599-JLR-MAT<br><br>STIPULATION AND ORDER CONTINUING DUE DATE FOR RESPONDENTS' RETURN<br><br>**NOTE FOR MOTION CALENDAR:**<br>**December 11, 2006** |

    The petitioner, Oleg Medinskiy, and respondents, by and through their undersigned counsel, hereby stipulate and jointly move as follows:

    By his Petition for Writ of Habeas Corpus, the petitioner is challenging his post-removal order detention by the U. S. Immigration and Customs Enforcement ("ICE"). Pursuant to the Court's Order for Service, and for Return and Status Report, the respondents' return is due to be filed and served on December 11, 2006. However, the undersigned attorney for respondents has not yet received from ICE a copy of the A-file maintained by ICE with respect to petitioner. That file must be reviewed before the Government can make its return.

//

//

//

STIPULATION AND ORDER CONTINUING
DUE DATE FOR RESPONDENTS' RETURN - 1
(No. C06-1599-JLR-MAT)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101
(206) 553-7970

1  Therefore, the petitioner and respondents hereby stipulate and jointly move for an order
2  continuing the due date for the Government's Return and Status Report in this case from
3  December 11, 2006, to December 29, 2006.

4

5  Respectfully submitted,

6

7  /s/ Jay W. Stansell                              DATED: _____
   JAY W. STANSELL, WSBA #18752
8  Assistant Federal Public Defender
   Attorney for Petitioner
9

10
   JOHN McKAY
11 United States Attorney

12
   /s/   Robert P. Brouillard                       DATED: _____
13 ROBERT P. BROUILLARD, WSBA #19786
   Assistant United States Attorney
14 Attorneys for Respondents

15
                        **IT IS SO ORDERED**
16
   The Clerk is directed to send copies of this Order to all counsel of record.
17
   DATED this 12th day of December, 2006.
18

19
                                                    _____
20                                                  Mary Alice Theiler
                                                    United States Magistrate Judge
21

STIPULATION AND ORDER CONTINUING
DUE DATE FOR RESPONDENTS' RETURN - 2
(No. C06-1599-JLR-MAT)